# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 23-MJ-150-GMH |
| **v.** : | |
| : | |
| **TAYLOR TARANTO,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Colin J. Cloherty, who may be contacted by telephone on (202) 815-8979 or e-mail at Colin.Cloherty@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          United States Attorney
                          DC Bar No. 481052

By:    /s/ *Colin J. Cloherty*
         Colin J. Cloherty
         D.C. Bar No. 1048977
         Assistant United States Attorney
         601 D Street, N.W.
         Washington, D.C. 20530
         (202) 815-8979
         Colin.Cloherty@usdoj.gov

## CERTIFICATE OF SERVICE

On this 7th day of July, 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

          /s/ *Colin J. Cloherty*
          Colin J. Cloherty
          Assistant United States Attorney