AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 23-SW-211 | Date and time warrant executed: 6/30/03 @ 11:05 | Copy of warrant and inventory left with: inside vehicle |
| Inventory made in the presence of: N/A | | |

**Inventory of the property taken and name(s) of any person(s) seized:**

Description
(U//FOUO) CZ Scorpion E3 Serial: C193454
(U//FOUO) Smith and Wesson MP shield 20 Serial: LFK6710
(U//FOUO) 2 vape devices and accessories
(U//FOUO) Leopard print flash drive
(U//FOUO) Ziploc bag of 11 glass jars of white and yellow pills
(U//FOUO) 1 bottle zinc 50mg and copper
(U//FOUO) 1 bottle Chromium Picolinate
(U//FOUO) 13 glass bottles of white and yellow pills
(U//FOUO) Plastic bag with white pills labeled ""1PM 2AM Potassium Citrate 90 pills""
(U//FOUO) Plastic bag with white pills labeled ""B6/B3""
(U//FOUO) Plastic bag with white pills labeled ""Phytosterols""
(U//FOUO) Plastic bag with white pills labeled ""1PM 30 DIM""
(U//FOUO) Plastic bag with white pills labeled ""30 Longjack""
(U//FOUO) Plastic bag with white pills labeled ""NAC 2AM 1PM 90 pills""
(U//FOUO) Plastic bag with white pills labeled ""Potassium Orotate B13""
(U//FOUO) Plastic bag with white pills labeled ""TMG 1AM 30""
(U//FOUO) Plastic bag with white pills labeled ""30 C-Methylfolate""
(U//FOUO) White hand rolled cigarette with tan substance and loose tan seeds
(U//FOUO) Plastic bottle of ""Hydroxo Cobalamin"" pills
(U//FOUO) 13 magazines
(U//FOUO) 581 rounds of 9mm ammunition
(U//FOUO) Handwritten note on stapled 8.5"" by 11"" paper
(U//FOUO) Handwritten note on small memo pad sheet
(U//FOUO) USB on keychain
(U//FOUO) Sony recorder with microcenter micro san disc

(U//FOUO) Smith and Wesson M&P black 9mm 9 round magazine
(U//FOUO) Tokecy tablet
(U//FOUO) Asus laptop
(U//FOUO) Handwritten note on Clarion paper
(U//FOUO) LG cell phone
(U//FOUO) 45 rounds ammunition inside camouflaged backpack
(U//FOUO) Glass jar with white powder
(U//FOUO) Glass jar with white powder
(U//FOUO) Signature select iodized salt
(U//FOUO) Glass jar with white pills
(U//FOUO) Yellow container with white powder
(U//FOUO) Song MP3 IC recorder
(U//FOUO) Glass Jar with black powder
(U//FOUO) Motorola cell phone with cracked screen
(U//FOUO) ""The Club"" anti theft device
(U//FOUO) Mini sledge hammer
(U//FOUO) Olfi camera with amplin micro san disk
(U//FOUO) VYU 360 camera with san disc
(U//FOUO) Machete
(U//FOUO) Amplin dura data micro san disc
(U//FOUO) Micro SanDisk Adaptor
(U//FOUO) Micro SanDisk dated 9/10/2017
(U//FOUO) Micro SanDisk dated 9/10/2017
(U//FOUO) Micro SanDisk dated 1/14/2019
(U//FOUO) Micro SanDisk dated 9/10/2017 in camera
(U//FOUO) Nikon Camera and bag with camera accessories and pamphlets
(U//FOUO) Make Space Great Again Hat
(U//FOUO) Cell Phone Samsung
(U) Set of keys, six keys, with Trump/Pence keychain
(U) White Ocho Extracts vape pen
(U) Purple Motorola cellular phone with black and red case
(U) White and blue Sony Ericsson flip phone, Z310I
(U) Gray Dell Laptop, service tag JJMYB91

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/7/2023

*A. Roberts*
*Executing officer's signature*

Ashley Roberts / special agent
*Printed name and title*